# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** October 21, 2021

**CASE OF:** BRENT A. DODGEN V. KAITLYN P. GRIJALVA

**DOCKET NO.:** SC19-1118

**OPINION FILED:** October 14, 2021

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 8, second line from the bottom, "rule 9.330(a)(1)(D)" was changed to "rule 9.330(a)(2)(D)."

**SIGNED: OPINION CLERK**